NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYS SCOUTS OF AMERICA, ) | CASE NO.  CV 16-00066-R |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE: |
| ) | |
| v. ) | DEFENDANTS' FAILURE TO DEFEND |
| ) | |
| CHINA YOUTH CENTER, INC.; AILIN ) | |
| YANG; and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Presently before the Court is Plaintiff's unopposed Amended Motion for Default Judgment. (Dkt. No. 43). This Court took the matter under submission on July 27, 2016.

Plaintiff claims that Defendants have expressed their intent to no longer defend this action, in addition to failing to appear for depositions and failing to respond to Plaintiff's discovery requests in a timely manner. "Where a party so damages the integrity of the discovery process that there can never be assurance of proceeding on the true facts, a case dispositive sanction may be appropriate." *Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills*, 482 F.3d 1091, 1097 (9th Cir. 2007) (quoting *Valley Eng'rs v. Electric Eng'g Co.*, 158 F.3d 1051, 1058 (9th Cir. 1998)).

As a result of Defendants' inability to comply with their discovery obligations, Plaintiff argues that it cannot file with this Court the documents required pursuant to its May 30, 2016 schedule order. Accordingly, Defendants are ordered to show cause no later than August 8, 2016, 12:00 PM PST, whether they have abandoned their defense of this lawsuit. If no response is filed by the aforementioned date, the Court will infer that Defendants have abandoned their defense. Failure to respond to this Court's Order to Show Cause will result in the entry of default judgment against Defendants. *See Connecticut Gen. Life Ins. Co.*, 482 F.3d at 1097.

**IT IS SO ORDERED.**

Dated: July 28, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE